# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHELE MONTGOMERY on
behalf of T.C.B.,

    Plaintiff,

vs.                                                                              CASE NO. 6:10-CV-1772-CIV-ORL-19KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This case was considered by the Court on Report and Recommendation of the United States Magistrate Judge (Doc. No. 17, filed January 10, 2012). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 17) is **ADOPTED and AFFIRMED.** The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. §405(g) and **REMANDED** for further proceedings consistent with the United States Magistrate Judge's Report and Recommendation (Doc. No. 17) and this Order. The Clerk of Court is directed to enter judgment and thereafter to **CLOSE THIS FILE.**

**DONE AND ORDERED** at Orlando, Florida, this ___30th___ day of January, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record